**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAM SOLOMON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., BARRY MCCARTHY, ELIZABETH F. CODDINGTON, and JILL WOODWORTH,<br><br>      Defendants. | Case No.: 1:23-cv-04279-MKB-JRC<br><br>Hon. Margo K. Brodie |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF JIA TIAN'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
<u>**APPROVAL OF SELECTION OF COUNSEL**</u>

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Jia Tian ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:     PSLRA Certification signed by Movant attesting to his transactions of Peloton Interactive, Inc. ("Peloton" or the "Company") securities;

**Exhibit B**:     Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Peloton securities;

**Exhibit C**:   Press Release published June 9, 2023, on *Accesswire,* announcing the pendency of the securities class action against defendants herein: *Solomon v. Peloton Interactive, Inc., et. al.,* Case No. 1:23-cv-04279-MKB-JRC;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: August 8, 2023                                  Respectfully Submitted,


**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Jia Tian and [Proposed]*
*Lead Counsel for the Class*

2