# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Jia Tian, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Peloton Interactive, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this:

Date: July 23, 2023

Name: Jia Tian

Signature:

| Case Name | Peloton Interactive, Inc. |
|---|---|
| Ticker | PTON |
| Class Period | 05-10-2022 to 05-10-2023 |

**Account 1**

**Client Name**

Jia Tian

Common Stock

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Share |
|---|---|---|---|---|
| 05-10-2022 | P | 500 | 70614W100 | $ 12.7200 |
| 05-11-2022 | P | 1000 | 70614W100 | $ 13.7400 |
| 06-09-2022 | P | 885 | 70614W100 | $ 11.2900 |
| 08-16-2022 | P | 2000 | 70614W100 | $ 14.0300 |
| 08-17-2022 | P | 3200 | 70614W100 | $ 13.1600 |
| 08-19-2022 | P | 1500 | 70614W100 | $ 11.5200 |
| 09-22-2022 | P | 2300 | 70614W100 | $ 08.6200 |
| 09-29-2022 | P | 2791 | 70614W100 | $ 07.1600 |
| 12-27-2022 | P | 3649 | 70614W100 | $ 08.2300 |
| 12-30-2022 | P | 1287 | 70614W100 | $ 07.7700 |
| 03-14-2023 | P | 1889 | 70614W100 | $ 10.6100 |
| 05-04-2023 | P | 4000 | 70614W100 | $ 07.6500 |

| Case Name | Peloton Interactive, Inc. |
|---|---|
| Ticker | PTON |
| Class Period | 05-10-2022 to 05-10-2023 |

**Account 2**

**Client Name**

Jia Tian

Common Stock

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Share |
|---|---|---|---|---|
| 05-10-2022 | P | 400 | 70614W100 | $ 12.6983 |
| 05-11-2022 | P | 500 | 70614W100 | $ 13.7600 |
| 06-09-2022 | P | 885 | 70614W100 | $ 11.2988 |
| 08-16-2022 | P | 1500 | 70614W100 | $ 14.0684 |
| 08-19-2022 | P | 1300 | 70614W100 | $ 11.5400 |
| 09-22-2022 | P | 1149 | 70614W100 | $ 08.6789 |

| Case Name | Peloton Interactive, Inc. |
| Ticker | PTON |
| Class Period | 05-10-2022 to 05-10-2023 |

**Account 3**
**Client Name**
Jia Tian

Options

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Share |
|---|---|---|---|---|
| 5/11/2022 | BO | 20 | CALL PTON 01/19/2024 25.0 | $3.4920 |
| 7/26/2022 | BO | 80 | CALL PTON 01/19/2024 30.0 | $0.9600 |
| 9/29/2022 | BO | 35 | CALL  PTON 01/17/2025 20.0 | $1.5100 |
| 3/14/2023 | BO | 35 | CALL  PTON 01/19/2024 20.0 | $0.9500 |
| 4/19/2023 | BO | 15 | CALL  PTON 01/17/2025 20.0 | $1.4500 |
| 5/3/2023 | BO | 13 | CALL PTON 01/17/2025 20.0 | $1.1600 |