# EXHIBIT B

**Jia Tian**
**Transactions in Peloton Interactive, Inc. (PTON) Securities**
Class Period: 05/10/2022 and 05/10/2023, inclusive

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options: | $ 21,752.00 |
| *Dura* LIFO Losses/(Gain)* Options | $ 21,752.00 |

**Account 3**
Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/11/2022 | BO | 20 | CALL PTON 01/19/24 25 | $3.49 | $6,984.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 7/26/2022 | BO | 80 | CALL PTON 01/19/24 30 | $0.96 | $7,680.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 9/29/2022 | BO | 35 | CALL PTON 01/17/25 20 | $1.51 | $5,285.00 |
| 4/19/2023 | BO | 15 | CALL PTON 01/17/25 20 | $1.45 | $2,175.00 |
| 5/3/2023 | BO | 13 | CALL PTON 01/17/25 20 | $1.16 | $1,508.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 3/14/2023 | BO | 35 | CALL PTON 01/19/24 20 | $0.95 | $3,325.00 |

| Client Name | Jia Tian |
|---|---|
| Company Name | Peloton Interactive, Inc. |
| Ticker Symbol | PTON |
| Security Type | |
| Class Period Start | 05-10-2022 |
| Class Period End | 05-10-2023 |
| 90-DAY Lookback Period Start | 05-11-2023 |
| 90-DAY Lookback Period End | 08-08-2023 |
| 90-DAY Lookback Average | $ 08.19 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 43,164.06 |
| DURA LIFO* Total | $ 43,164.06 |
| Gross Shares Purchased | 25,001 |
| Net Shares Retained | 25,001 |
| Net Funds Expended | $248,026.76 |

**Jia Tian - Account 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-10-2022 | 500 | 12.72 | $ 6,360.00 | | | | | | - | 500 | 500 | $ 08.19 | $ 4,097.09 | $ 2,262.91 | $ 2,262.91 |
| 05-11-2022 | 1000 | 13.74 | $ 13,740.00 | | | | | | - | 1000 | 1000 | $ 08.19 | $ 8,194.18 | $ 5,545.82 | $ 5,545.82 |
| 06-09-2022 | 885 | 11.29 | $ 9,991.65 | | | | | | - | 885 | 885 | $ 08.19 | $ 7,251.85 | $ 2,739.80 | $ 2,739.80 |
| 08-16-2022 | 2000 | 14.03 | $ 28,060.00 | | | | | | - | 2000 | 2000 | $ 08.19 | $ 16,388.36 | $ 11,671.64 | $ 11,671.64 |
| 08-17-2022 | 3200 | 13.16 | $ 42,112.00 | | | | | | - | 3200 | 3200 | $ 08.19 | $ 26,221.38 | $ 15,890.62 | $ 15,890.62 |
| 08-19-2022 | 1500 | 11.52 | $ 17,280.00 | | | | | | - | 1500 | 1500 | $ 08.19 | $ 12,291.27 | $ 4,988.73 | $ 4,988.73 |
| 09-22-2022 | 2300 | 8.62 | $ 19,826.00 | | | | | | - | 2300 | 2300 | $ 08.19 | $ 18,846.61 | $ 979.39 | $ 979.39 |
| 09-29-2022 | 2791 | 7.16 | $ 19,983.56 | | | | | | - | 2791 | 2791 | $ 08.19 | $ 22,869.96 | -$ 2,886.40 | -$ 2,886.40 |
| 12-27-2022 | 3649 | 8.23 | $ 30,031.27 | | | | | | - | 3649 | 3649 | $ 08.19 | $ 29,900.56 | $ 130.71 | $ 130.71 |
| 12-30-2022 | 1287 | 7.77 | $ 9,999.99 | | | | | | - | 1287 | 1287 | $ 08.19 | $ 10,545.91 | -$ 545.92 | -$ 545.92 |
| 03-14-2023 | 1889 | 10.61 | $ 20,042.29 | | | | | | - | 1889 | 1889 | $ 08.19 | $ 15,478.81 | $ 4,563.48 | $ 4,563.48 |
| 05-04-2023 | 4000 | 7.65 | $ 30,600.00 | | | | | | - | 4000 | 4000 | $ 08.19 | $ 32,776.72 | -$ 2,176.72 | -$ 2,176.72 |
| Total: | 25,001 | | $ 248,026.76 | | | | | | | 25,001 | 25,001 | | $ 204,862.70 | $ 43,164.06 | $ 43,164.06 |

| Client Name | Jia Tian |
|---|---|
| Company Name | Peloton Interactive, Inc. |
| Ticker Symbol | PTON |
| Security Type | |
| Class Period Start | 05-10-2022 |
| Class Period End | 05-10-2023 |
| 90-DAY Lookback Period Start | 05-11-2023 |
| 90-DAY Lookback Period End | 08-08-2023 |
| 90-DAY Lookback Average | $ 08.19 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 21,049.98 |
| DURA LIFO* Total | $ 21,049.98 |
| Gross Shares Purchased | 5,734 |
| Net Shares Retained | 5,734 |
| Net Funds Expended | $68,035.41 |

**Jia Tian - Account 2**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-10-2022 | 400 | 12.6983 | $ 5,079.32 | | | | | | - | 400 | 400 | $ 08.19 | $ 3,277.67 | $ 1,801.65 | $ 1,801.65 |
| 05-11-2022 | 500 | 13.76 | $ 6,880.00 | | | | | | - | 500 | 500 | $ 08.19 | $ 4,097.09 | $ 2,782.91 | $ 2,782.91 |
| 06-09-2022 | 885 | 11.2988 | $ 9,999.44 | | | | | | - | 885 | 885 | $ 08.19 | $ 7,251.85 | $ 2,747.59 | $ 2,747.59 |
| 08-16-2022 | 1500 | 14.0684 | $ 21,102.60 | | | | | | - | 1500 | 1500 | $ 08.19 | $ 12,291.27 | $ 8,811.33 | $ 8,811.33 |
| 08-19-2022 | 1300 | 11.54 | $ 15,002.00 | | | | | | - | 1300 | 1300 | $ 08.19 | $ 10,652.43 | $ 4,349.57 | $ 4,349.57 |
| 09-22-2022 | 1149 | 8.6789 | $ 9,972.06 | | | | | | - | 1149 | 1149 | $ 08.19 | $ 9,415.11 | $ 556.94 | $ 556.94 |
| Total: | 5,734 | | $68,035.41 | | | | | | | 5,734 | 5,734 | | $ 46,985.43 | $ 21,049.98 | $ 21,049.98 |

| SUMMARY OF FINANCIAL INTEREST ALL ACCTS | |
|---|---|
| LIFO Loss Total (Stock + Options) | $ 85,966.04 |
| DURALIFO* Total (Stock + Options) | $ 85,966.04 |
| Gross Shares Purchased | 30,735 |
| Net Shares Retained | 30,735 |
| Net Funds Expended (Stock) | $316,062.17 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.