# EXHIBIT C



Customer Reviews          Login          Contact Us

 Back to Newsroom

# Pomerantz Law Firm Announces the Filing of a Class Action Against Peloton Interactive, Inc. and Certain Officers - PTON



Pomerantz LLP

Friday, June 9, 2023 7:30 PM

Topic:      **Class Action**          Share this Article

**NEW YORK, NY / ACCESSWIRE / June 9, 2023 /** Pomerantz LLP announces that a class action lawsuit has been filed against Peloton Interactive, Inc. ("Peloton" or the "Company") (NASDAQ:PTON), and certain officers. The class action, filed in the United States District Court for the Eastern District of New York and docketed under 23-cv-04279, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Peloton securities between May 10, 2022 and May 10, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.



About    Products    Newsroom    Resources
Customer Reviews    Login    Contact Us

for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Peloton operates an interactive fitness platform in North America and internationally. The Company manufactures, markets, and sells, *inter alia*, its Peloton Bike, which is an exercise bike equipped with a touch screen for streaming live and on-demand fitness classes. The Company markets and sells its Peloton Bikes nationwide through Peloton and Dick's Sporting Goods stores, as well as online at Onepeloton.com, Amazon.com, and Dicksportinggoods.com.

In 2021, Peloton was mired in controversy after the U.S. Consumer Product Safety Commission ("CPSC") issued an urgent warning to stop using the Company's treadmill products because of risks of injury and death posed to children and pets in the vicinity of those products. At first, Peloton vehemently denied the CPSC's claims, but was ultimately forced to recall the treadmill products while publicly apologizing for attempting to refute the agency's warnings. Peloton has since assured investors, consumers, and the overall market that the Company has worked cooperatively with the CPSC to further enhance the safety of its products, while signaling a decrease in the need to book additional reserves for potential future product recall expenses, in an attempt to regain the public's trust and repair its damaged brand and reputation.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the seat posts for certain of the Company's Peloton Bikes were prone to break or otherwise detach during use, rendering them unsafe for users; (ii) as a result, the Company was likely to recall millions of Peloton Bikes; (iii) accordingly, Peloton overstated



ACCESSWIRE®

expenses; (iv) all the foregoing, once revealed, would negatively impact the Company's business and financial results and reputation; and (v) as a result, the public statements were materially false and misleading at all relevant times.

On May 11, 2023, the CPSC issued a product recall affecting roughly 2.2 million Peloton Bikes, stating that "[t]he bike's seat post assembly can break during use, posing fall and injury hazards to the user."

On this news, Peloton's Class A common stock price fell $0.67 per share, or 8.9%, to close at $6.86 per share on May 11, 2023.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

**SOURCE:** Pomerantz LLP

Topic:  Class Action

(<) **Back to Newsroom**

---

Drop us a line:

888.952.4446

Email:  Sales   Editorial

Content licensing

  



