**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**By CM/ECF**

April 29, 2025

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Jia Tian, et al. v. Peloton Interactive, Inc., et al.*, No. 1:23-cv-04279-MKB-JRC (E.D.N.Y.)

Dear Judge Brodie:

We represent Defendants in the above-captioned action. We write to respectfully request leave to enlarge the page limits in connection with the briefing on Defendants' forthcoming Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

Plaintiffs' Second Amended Class Action Complaint filed on April 11, 2025 (ECF No. 44) spans 119 pages and asserts claims against seven separate defendants. Given the length of the Second Amended Class Action Complaint and the number of defendants, Defendants respectfully request that the Court grant a modest extension of the page limits for the briefing on Defendants' Motion to Dismiss as follows:

- Defendants' Memorandum of Law in Support of Motion to Dismiss: 30 pages (excluding signature blocks)

- Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss: 30 pages (excluding signature blocks)

- Defendants' Reply in Further Support of Motion to Dismiss: 12 pages (excluding signature blocks)

These are the same page limits that applied to the briefing on Defendants' prior motion to dismiss. *See* Order Granting Motion for Leave to File Excess Pages, dated January 19, 2024; *see also* ECF Nos. 35-1, 36, 37. Defendants have conferred with Plaintiffs' counsel, and Plaintiffs have consented to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Mark P. Gimbel*
Mark P. Gimbel

cc:   All counsel of record (via ECF)