UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JIA TIAN and DAVID FEIGELMAN,
individually and on behalf of all others
similarly situated,

                     Plaintiffs,                JUDGMENT

        v.                             23-CV-4279 (MKB)

PELOTON INTERACTIVE, INC., JOHN
FOLEY, BARRY MCCARTHY, JILL
WOODWORTH, ELIZABETH F.
CODDINGTON, THOMAS CORTESE,
and HISAO KUSHI,

                     Defendants.
----------------------------------------------------------X

A Memorandum and Order of the Honorable Margo K. Brodie, United States District

Judge, having been entered on March 31, 2026, granting Defendants' motion to dismiss the

Second Amended Complaint; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, New York                Brenna B. Mahoney
        March 31, 2026                Clerk of Court


                                   By:   */s/Jalitza Poveda*
                                       Deputy Clerk