**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

JIA TIAN and DAVID FEIGELMAN, individually and on behalf of all others similarly situated,

                    Plaintiffs,

          v.

PELOTON INTERACTIVE, INC., JOHN FOLEY, BARRY MCCARTHY, JILL WOODWORTH, ELIZABETH F. CODDINGTON, THOMAS CORTESE and TAMMY ALBARRÁN,

                    Defendants.

Case No. 1:23-cv-04279-MKB-SDE

## PLAINTIFFS' NOTICE OF APPEAL

Please take notice that Court-appointed lead plaintiffs Jia Tian and David Feigelman ("Lead Plaintiffs") and additional plaintiff Sam Solomon (collectively, with Lead Plaintiffs, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court, Eastern District of New York, entered March 31, 2026 (Doc. No. 58), pursuant to the Memorandum & Order of Margo K. Brodie, United States District Judge, entered March 31, 2026 (Doc. No. 57), granting defendants' motion to dismiss the second amended complaint.

Dated: April 30, 2026

                             LEVI & KORSINSKY, LLP

                             */s/ Gregory M. Potrepka*
                             Shannon L. Hopkins
                             Gregory M. Potrepka

Morgan M. Embleton
Amanda D. Foley
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
membleton@zlk.com
afoley@zlk.com

*Counsel for Co-Lead Plaintiff Jia Tian and Co-Lead Counsel for the Class*

POMERANTZ LLP

*/s/ Justin D. D'Aloia*

Jeremy A. Lieberman
Emma Gilmore
Justin D. D'Aloia
Villi Shteyn
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
jdaloia@pomlaw.com
vshteyn@pomlaw.com

*Counsel for Co-Lead Plaintiff David Feigelman and Additional Named Plaintiff Sam Solomon and Co-Lead Counsel for the Class*